AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| 1 S.A.N.T., INC. (a/k/a 1 SAINT, INC. d/b/a TOWN & COUNTRY and d/b/a GATHERINGS BANQUET & EVENT CENTER, individually and on behalf of all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> BERKSHIRE HATHAWAY, INC.; and NATIONAL FIRE & MARINE INSURANCE COMPANY, <br> *Defendant(s)* | Civil Action No. 20-862 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Berkshire Hathaway, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary F. Lynch
Carlson Lynch LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

06/12/2020 *Susan Parmeter*
Date                               Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-862

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Berkshire Hathaway Inc.
was received by me on *(date)* 06/15/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robin Hutt-Banks , who is
designated by law to accept service of process on behalf of *(name of organization)* The Corp. Trust Company
Agent for Berkshire Hathaway Inc. on *(date)* 06/15/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/15/2020

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19809
*Server's address*

Additional information regarding attempted service, etc:
served at 1209 Orange St, Wilmington DE 19801 @ 11:40am
Summons, Civil Cover Sheet; Class Action Complaint; Exhibits A-B