IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1 S.A.N.T., INC., | |
| *Plaintiff*, | Civil Action No. 2:20-cv-862 |
| v. | Hon. William S. Stickman IV |
| BERKSHIRE HATHAWAY, INC. and NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| *Defendants*. | |

## ORDER SETTING BRIEFING SCHEDULE

AND NOW, this 19th day of August 2020, Defendants having filed a Motions to Dismiss with Briefs in Support thereof (ECF Nos. 17, 18, 19, and 20), IT IS HEREBY ORDERED that Plaintiff's response and brief in opposition thereto, not to exceed **twenty** pages, shall be filed by **September 9, 2020**. Defendants shall file any reply briefs, not to exceed **fifteen** pages, by **September 16, 2020**.

BY THE COURT:

/s/ *William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE