IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1 S.A.N.T., INC., *Plaintiff*, v. BERKSHIRE HATHAWAY, INC. and NATIONAL FIRE & MARINE INSURANCE COMPANY, *Defendants*. | Civil Action No. 2:20-cv-862<br><br>Hon. William S. Stickman IV |

### ORDER OF COURT

AND NOW, this 15th day of January 2021, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that the Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), ECF No. 17, is GRANTED. All counts against Defendant National Fire & Marine Insurance Company are DISMISSED with prejudice.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE