IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1 S.A.N.T., INC., *Plaintiff,* v. BERKSHIRE HATHAWAY, INC. and NATIONAL FIRE & MARINE INSURANCE COMPANY, *Defendants.* | Civil Action No. 2:20-cv-862 Hon. William S. Stickman IV |

## JUDGMENT ORDER

AND NOW, this 15th day of January 2021, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant National Fire & Marine Insurance Company and against Plaintiff 1 S.A.N.T., INC. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE